In the Matter of the Accounting of ROBERT HAUGHEY et al., as Executors of HERMAN J. MULLER, Deceased, Respondents. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Trustee under the Will of HERMAN J. MULLER, Deceased, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PENICK & FORD, LTD., Incorporated, Appellant, v. BALFOUR, GUTHRIE & COMPANY, LIMITED, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EMILIA BERGKVIST, Appellant, v. SUPREME COUNCIL OF THE ROYAL ARCANUM, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [182 Misc. 252.] [See post, p. 894.]

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under a Trust Agreement Made by DUANE ARMSTRONG and Another, Appellant, v. JANE L. ARMSTRONG, Respondent, et al., Defendants.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J. and Cohn, J., dissent and vote to reverse the judgment insofar as it adjudges that Jane L. Armstrong effectively revoked the trust as to one half of the trust property.

LAURA GOLDBERG, an Infant, by SAM GOLDBERG, Her Guardian ad Litem, et al., Respondents-Appellants, v. ABE FRANKEL et al., Appellants, and ARTHUR W. MARTENSEN et al., Defendants-Respondents.— Judgment affirmed, with costs to the plaintiffs against the defendants Abe Frankel and Emile Schmitt, and with costs to the defendants Arthur W. Martensen and Melvin Martensen against the plaintiffs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Glennon, J., dissent as to the defendant Abe Frankel and vote to reverse and dismiss the complaint as against him and otherwise affirm.

In the Matter of VINCENT J. KANE et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, against PATRICK WALSH, as Fire Commissioner and Chief of the Fire Department of the City of New York, Respondent. Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [181 Misc. 513; 181 Misc. 594.] [See post, p. 769.]

EVA ALEXANDER, Respondent, v. ELSE K. LA ROE, Appellant.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,166.10; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

GEORGE J. PURCE, Respondent, v. DELIA BRADIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

STEEL UNION-SHEET PILING, INC., Appellant, v. CHEMICAL BANK & TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.